UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | Case No. 1:14-CV-01748<br>MDL 2545<br><br>JUDGE MATTHEW F. KENNELLY |
| **This document relates to:**<br><br>*Clarence Scott v. AbbVie Inc., et al.;* Case No. 1:16-cv-01712 | |

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED, by and between all parties who have appeared, that the above-captioned action is voluntarily dismissed, with prejudice, against Defendants AbbVie, Inc.; Abbott Laboratories; AbbVie Products, LLC; Unimed Pharmaceuticals, LLC; Besins Healthcare, Inc.; Besins Healthcare, S.A.; and Solvay, S.A.; pursuant to F.R.C.P. 41(a)(1)(A)(ii). Each party shall bear its own costs.

Respectfully submitted,

/s/ Meghan C. Quinlivan
Meghan C. Quinlivan
**BURG SIMPSON ELDREDGE HERSH & JARDINE, P.C.**
40 Inverness Drive East
Englewood, CO 80112
Tel: (303) 792-5595
mquinlivan@burgsimpson.com

**Attorneys for Plaintiff Clarence Scott**

/s/ Katherine Unger Davis
Katherine Unger Davis
**DECHERT LLP**
2929 Arch Street
Philadelphia, PA 19104
Tel: (215) 994-2312
katherine.davis@dechert.com

***Attorneys for Defendants AbbVie, Inc.; Abbott Laboratories; AbbVie Products LLC; Unimed Pharmaceuticals, LLC;Besins Healthcare, Inc.; Besins Healthcare, S.A.***

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2016, I electronically filed the foregoing Stipulation of Voluntary Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*/s/ Meghan C. Quinlivan*
Meghan C. Quinlivan